**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO.: 16-41485-ELM | |
| § | | |
| HILBER POPOCA, xxx-xx-9278 § | CHAPTER 13 | |
| GLORIA EDITH POPOCA, xxx-xx-5377 § | | |
| § | Pre-Hearing Conference: | |
| 4720 Palm Ridge Drive § | Friday, February 28, 2020 @ 10:00 AM | |
| Fort Worth, TX 76133 § | | |
| § | | |
| DEBTORS § | | |

**TRUSTEE'S MODIFICATION OF CHAPTER 13**
**PLAN AFTER CONFIRMATION**
**DATE: February 05, 2020**

**TO THE HONORABLE EDWARD L MORRIS, U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtors' original or last modified Chapter 13 Plan:

1. The **SECURED** claim of **TARRANT COUNTY TAX COLLECTOR** (Court Claim No. 10 and Trustee Claim No. 9) in the allowed amount of **$1,309.42** shall be **"PAID DIRECT"** by the Debtors.

2. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to the Debtors. The Unsecured Creditors' Pool will be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before February 06, 2020:

**FIRST CLASS MAIL:**

HILBER POPOCA, GLORIA EDITH POPOCA, 4720 Palm Ridge Drive, Fort Worth, TX 76133
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196-0018

**ELECTRONIC SERVICE:**

LEINART LAW FIRM, 7920 BELT LINE RD STE 960, DALLAS, TX 75254
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001
HENRY ODDO AUSTIN & FLETCHER, 1700 PACIFIC STE 2700, DALLAS, TX 75201
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
PADFIELD AND STOUT LLP, 420 THROCKMORTON ST #1210, FT WORTH, TX 76102
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Standing Chapter 13 Trustee