**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gloria Edith Popoca |
| Debtor 2 (Spouse, if filing) | Hilber Popoca |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS (State) |
| Case number | 16-41485 |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: ABS REO Trust VI, by and through its servicing agent Select Portfolio Servicing, Inc.

Court claim no. (if known): 11

Last 4 digits of any number you use to identify the debtor's account: 5593

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No

☐ Yes. Date of the last notice: NA

### Part 4: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | 3/26/2019 | (8) | $ 9,128.04 |
| 9. | Insurance advances (non-escrow) | NA | (9) | $ NA |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: | | (11) | $ |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1     Gloria Edith Popoca, Hilber Popoca        Case number (if known)   16-41485
          First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *Stephanie Runyan*        Date 9/19/2019
Signature

Print: **Stephanie Runyan**        Title **Document Control Officer**
       First Name    Middle Name    Last Name

Company   Select Portfolio Servicing, Inc.

Address    **3217 S. Decker Lake Drive**
        Number    Street
         **Salt Lake City, Utah 84119**
        City State ZIP Code

Contact phone 1-800-956-0802        Email   NA

Prepared by: Luisa Alfonso
Select Portfolio Servicing, Inc.
Attention: Corporate Legal Department
3815 S. West Temple
Salt Lake City, UT 84115

E 3147614 B 7216 P 1220-1222
RICHARD T. MAUGHAN
DAVIS COUNTY, UTAH RECORDER
03/11/2019 04:49 PM
FEE $14.00 Pgs: 3
DEP RT REC'D FOR SELECT PORTFOLIO
SERVICING INC

## LIMITED POWER OF ATTORNEY

This Limited Power of Attorney is made in connection with that certain Servicing Agreement by and among ABS Loan Trust VI ("**Loan Owner**"), ABS REO Trust VI ("**REO Owner**") (collectively, the "**Owners**") and Select Portfolio Servicing, Inc. (the "**Servicer**") dated as of December 18, 2018 (the "**Servicing Agreement**").

Owners hereby make, constitute and appoint Servicer for Owners' benefit and in Owners' name, place, and stead, Owners' true and lawful attorney-in-fact, with full power of substitution, to act in connection with the servicing of mortgage loans and real property for the limited purpose of performing such acts and executing and delivering such documents as noted below. Such powers shall be limited to executing the following documents:

1. Mortgage/trust deed assignment;
2. Substitution of trustee;
3. Deeds of conveyance (including, without limitation, warranty deeds, grant deeds and quitclaim deeds);
4. Trust deed reconveyance and mortgage release documents;
5. Partial releases;
6. Affidavits (including, without limitation, lost note affidavits, military affidavits and affidavits of indebtedness);
7. HUD-1 settlement statements;
8. Endorsement and deposit of checks, drafts and other negotiable instruments;
9. Contracts/purchase agreements for sale of real estate; and
10. All other normal and customary documents and acts related to the servicing and foreclosure of mortgage loans, eviction actions, and/or sale of real estate.

This appointment shall not be assigned to any third party by Servicer without the written prior consent of Owners and this Limited Power of Attorney shall survive for a period not to

exceed two years past the date herein unless an instrument of revocation has been made in writing by the undersigned or the Agreement has been terminated.

Nothing herein shall give any attorney-in-fact the rights or powers to negotiate or settle any suit, counterclaim or action against the related Owner. If the Servicer receives any notice of suit, litigation or proceeding in the name of the related Owner, then the Servicer shall forward a copy of same to such Owner within a reasonable period of time.

Owners will not be responsible for inspection of any items being executed pursuant to this Limited Power of Attorney and as such, is relying upon the Servicer to undertake whatever procedures may be necessary to confirm the accuracy of such items.

Any third party may rely upon this Limited Power of Attorney and shall be entitled to rely on a writing signed by the Servicer to establish conclusively the identity of a particular right, power, capacity, asset, liability, obligation, property, loan or commitment of Servicer for all purposes of this Limited Power of Attorney.

Servicer shall not be obligated to furnish bond or other security in connection with its actions hereunder.

Nothing in this Limited Power of Attorney shall be construed to prevent Owners from acting on its behalf as the Owners of the mortgage loans and Real Property.

If any provision of this Limited Power of Attorney shall be held invalid, illegal or unenforceable, the validity, legality or enforceability of the other provisions hereof shall not be affected thereby. This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York without regard to conflicts of law principles of such state.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, ABS Loan Trust VI and ABS REO Trust VI, as the Owners have caused their corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this day of _February 22_, 2019.

By: _____

Name: Sean Duffy

Title: Authorized Signatory

Witness: _____

Printed Name: Alonso Perez

Witness: _____

Printed Name: Michael Donnelly

STATE OF New York

COUNTY OF New York

On the 22 day of February in the year 2019, before me personally came Sean Duffy to me known, who, being by me duly sworn, did depose and say that he/she/they reside (s) in New Jersey; that he/she/they is (are) the Authorized Signatory, of the Trusts, the corporation described in and which executed the above instrument; and that he/she/they signed his/her/their name (s) thereto by authority of the board of directors of said corporation.

WITNESS my hand and official seal.

_____
Notary Public

[NOTARIAL SEAL]

My Commission Expires:

7/24/2021

[Notary seal: JAMES ELLIS SPENCER, NOTARY PUBLIC, REG# 01SPE362126, MY COMMISSION EXPIRES 07/24/2021, STATE OF NEW YORK]

**CERTIFICATE OF SERVICE**

   **I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by the United States Mail, first class postage prepaid or via electronic e-mail by the Clerk of Court on 9/20/2019:

By First Class Mail Postage Prepaid:

Gloria Edith Popoca
4720 Palm Ridge Drive
Fort Worth, TX 76133

Hilber Popoca
4720 Palm Ridge Drive
Fort Worth, TX 76133

By CM/ECF:

COUNSEL FOR DEBTOR(S)
Marcus B. Leinart
Leinart law Firm
11520 N Central Expressway
Suite 212
Dallas, TX 75243

TRUSTEE
Tim Truman
6851 N.E. Loop 820
Suite 300
North Richland Hills, TX 76180

U.S. TRUSTEE
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

ALL PARTIES REQUESTING NOTICE if designated for electronic service

          McCarthy & Holthus, LLP

          */s/ Yoshie Valadez*
          Yoshie Valadez
          Atty file no.: TX-19-20768